IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-920-AP**

**DOMENIC B. VALDEZ,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand, filed August 9, 2005. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings, to be handled in an expedited manner, pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: August 9, 2005

                                        BY THE COURT:

                                        S/**John L. Kane**
                                        SENIOR JUDGE,
                                        UNITED STATES DISTRICT COURT