IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-920-AP**

**DOMENIC VALDEZ**,

   Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

The Unopposed Motion for an Award of Reasonable Attorney Fees Under the Equal Access to Justice Act, filed August 19, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$968.13**.

Dated at Denver, Colorado, this 19th day of August, 2005.

              BY THE COURT:

              **S/John L. Kane**
              JOHN L. KANE, SENIOR JUDGE
              UNITED STATES DISTRICT COURT